Schenck, Collecter, v. Corshen, Collector.

been so negligent as to omit that prudent precaution, the maxim of *caveat emptor* is fairly applicable. Nor do I think matter contained in the second plea, even if it should, as has been suggested, be so amended as to insert the *scienter*, would be a bar to the action. My opinion is that both pleas should be struck off.

CITED *in Tillon* v. *Britton*, 4 *Hal.* 120 ; *Barrow* v. *Bispham*, 6 *Hal.* 110.

___

SCHENCK, COLLECTOR OF AMWELL, v. CORSHEN, COUNTY COLLECTOR.

The inhabitants of a township are good witnesses in a cause in which the township is interested.

___

*Certiorari* to Justice Reading, of Hunterdon.

Judgment had been given below against Schenck the present plaintiff, for arrears of taxes in 1783 and 1784. It appeared that the justice had refused to admit the testimony of several witnesses, offered by the defendant below, on the ground that being inhabitants of the township of Amwell, they were so far interested as to render them incompetent.

PER CUR. The witnesses offered were competent; the judgment must be reversed.

NOTE.—In *Jervois* v. *Hall*, 1 *Wils.* 17, this point came before the court, but no opinion was expressed by the court, and the cause went off on another ground. In 4 *T. R.* 760, the law is laid down by Judge Buller contrary to the opinion expressed in the present case, and the evil was in some degree remedied by the *Stat.* 37 *Geo.* III., *c.* 29. See *Sid.* 192 ; 2 *Lev.* 231, 6 ; 1 *Vern.* 254 ; 2 *Vern.* 317 ; *Vent.* 351 ; 4 *Mod.* 48 ; *Rex* v. *Prosser*, 4 *T. R.* 17 ; *Rex* v. *S. Lynn*, 5 *T. R.* 664 ; 6 *T. R.* 157 ; 1 *Esp.* 175 ; *Peake N. P.* 153 ; 2 *East* 559 ; 1 *Johns.* 486, 577 ; 1 *Day* 35, 78. Lord Camden's celebrated opinion in the case of *Doe, ex dem Hindson*, v. *Kersey*, in 1 *Day* 41 ; *Nason* v. *Thatcher*, 7 *Mass.* 398.

CITED *in Overs. of Orange* v. *Overs. of Springfield*, 1 *South.* 186 ; *Peck* v. *Freeholders of Essex*, *Spenc.* 467.